Kurt C. Rommel (*Pro Hac Vice*)
E-Mail:    krommel@milesstockbridge.com
James T. Carmichael (State Bar No. 131497)
E-Mail:    jcarmichael@milesstockbridge.com
**MILES & STOCKBRIDGE P.C.**
1751 Pinnacle Drive, Suite 500
McLean, Virginia 22102-3833
Telephone:  (703) 903-9000
Facsimile:  (703) 610-8686

Fredrick A. Rafeedie (State Bar No. 138422)
E-Mail:    farafeedie@jonesbell.com
Michael J. Abbott (State Bar No. 53042)
E-Mail:    mjabbott@jonesbell.com
William M. Turner (State Bar No. 199526)
E-Mail:    wmturner@jonesbell.com
**JONES, BELL, ABBOTT, FLEMING & FITZGERALD L.L.P.**
601 South Figueroa Street, Twenty-Seventh Floor
Los Angeles, California 90017-5759
Telephone:  (213) 485-1555
Facsimile:  (213) 689-1004

Attorneys for Defendants Doug Mockett & Company, Inc.,
Doug Mockett and Inland Plastics, Inc.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| ROGER PLUMLEY<br><br>        Plaintiff,<br><br>    v.<br><br>DOUG MOCKETT & COMPANY INC., *et al.*<br><br>        Defendants, | **CASE NO.  CV 04-02868-GHK (Ex)**<br><br>**DECLARATION OF JAMES T. CARMICHAEL, ESQUIRE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date:  May 12, 2008<br>Time:          9:30 A.M.<br>Judge:         Judge George H. King<br>Courtroom:     Roybal 650 |

I, James T. Carmichael, Esquire, under penalties of perjury, hereby declare as follows:

1. I am over eighteen years of age, am under no mental disability and am competent to testify to and have personal knowledge of the facts set forth in this Declaration.

2. I am counsel of record for Defendants, Douglas Alfred James Mockett ("Mockett"), Doug Mockett & Company, Inc. ("DMC"), and Inland Plastics Inc. ("Inland Plastics") (collectively "Defendants").

3. Concurrently herewith the Defendants are filing a Motion for Summary Judgment on the Grounds of Laches and Equitable Estoppel and supporting Memorandum of Points and Authorities, with supporting exhibits. References are made to the numbered exhibits set forth in Exhibits To Defendants' Memorandum In Support Of Defendants' Motion For Summary Judgment On The Grounds Of Laches And Equitable Estoppel (the "Memorandum").

4. Exhibit 1 to the Memorandum is a true and authentic copy of the U.S. Patent No. 5,167,047 (the '047 Patent").

5. Exhibit 2 to the Memorandum is a true and authentic copy of the initial decision dated September 30, 1996 of the Board of Patent Appeals and Interferences (the "Board") of the United States Patent and Trademark Office ("PTO") in patent interference proceedings encaptioned *Mockett v. Plumley*, No. 103,260 (USPTO) (filed 7/28/93) (the "Interference").

6. Exhibit 3 to the Memorandum is a true and authentic copy of the Board's decision denying Plumley's Motion for Reconsideration in the Interference dated June 29, 1998.

7. Exhibit 4 to the Memorandum is a true and authentic copy of this Court's initial opinion dated December 9, 1998 in an action encaptioned *Plumley v. Mockett,* CV 98-6117-GHK (Ex) (C.D. Cal.) (filed 7/29/98) (the "Section 146 Action").

8. Exhibit 5 to the Memorandum is a true and authentic copy of a subsequent opinion by this Court in the Section 146 Action, dated June 4, 1999.

9. Exhibit 6 to the Memorandum is a true and authentic copy of the

state trial judge's Findings of Fact in an action encaptioned *Plumley v. Mockett,* Case No. BC 094386 (Sup. Ct. for County of Los Angeles) (filed 12/3/93) (the "State Unfair Competition Action").

10. Exhibit 7 to the Memorandum is a true and authentic copy of the California Court of Appeals' unpublished opinion in *Doug Mockett & Company Inc. v. Plumley et al.,* B098541, B101969 (Cal. App. 2d. Dist.).

11. Exhibit 8 to the Memorandum is a true and authentic copy of a decision of the PTO dated August 15, 2007 in patent Reexamination Control No. 90/006,905 (the "Reexamination").

12. Exhibit 9 to the Memorandum is a true and authentic copy of the Declaration of Jean Rowe, longtime bookkeeper for Defendant DMC, dated February 29, 2008.

13. Exhibit 10 to the Memorandum is a collective exhibit containing true and authentic copies of the following:

- Exhibit 10(A): The Declaration of Susan Gordon, DMC's President, dated July 14, 1994 as filed in the Interference.
- Exhibit 10(B): Excerpts from Plumley's deposition testimony in the Interference on February 8, 1995.
- Exhibit 10(C): Excerpts from the June 6, 1995 Deposition of Mockett in the Interference.
- Exhibit 10(D): Excerpts of Plumley's trial testimony in the State Unfair Competition Case on June 30, 1995.

14. Exhibit 11 to the Memorandum is a true and authentic copy of the Declaration of William Olsen, President of Defendant Inland Plastics, dated March 20, 2008.

15. Exhibit 12 to the Memorandum is a true and authentic copy of excerpts from the transcript of Plumley's deposition taken on September 29, 2000 in the State Malicious Prosecution Action.

16. Exhibit 13 to the Memorandum is a true and authentic copy of excerpts from Plumley's Deposition in the State Unfair Competition Action taken on March 11, 1994.

17. Exhibit 14 to the Memorandum is a collective exhibit containing true and authentic copies of the following:

- Exhibit 14(A): The Affidavit of Bernard Cournoyer dated July 6, 2006, submitted in Reexamination No. 90/008,355.
- Exhibit 14(B): The Affidavit of Bernard Cournoyer dated October 2, 2006, submitted in Reexamination No. 90/008,355.
- Exhibit 14(C): The Affidavit of Bernard Cournoyer dated October 10, 2006, submitted in Reexamination No. 90/008,355.

**I HEREBY DECLARE UPON PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Date: March 28, 2008

James T. Carmichael