**MILES & STOCKBRIDGE P.C.**
James T. Carmichael, SBN 131497
jcarmichael@milesstockbridge.com
Kurt C. Rommel (*pro hac vice*)
krommel@milesstockbridge.com
1751 Pinnacle Drive, Suite 500
McLean, Virginia 22102-3833
Telephone: (703) 903-9000
Facsimile: (703) 610-8686

Attorneys for Defendants
DOUG MOCKETT, DOUG MOCKETT &
COMPANY, INC., AND INLAND PLASTICS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER PLUMLEY,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>DOUG MOCKETT, an individual, DOUG MOCKETT & COMPANY, INC., a California corporation, INLAND PLASTICS, INC., a California corporation, and DOES 1 through 10, inclusive,<br><br>　　　　　　　Defendants.<br><br>AND RELATED ACTION. | CASE NO.: **CV 04-2868 GHK (Ex)**<br>[Assigned to the Hon. George H. King]<br><br>**MILES & STOCKBRIDGE P.C.'S REPLY IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD**<br><br>Date　　: December 21, 2009<br>Time　　: 9:30 a.m.<br>Crtrm : 650 |

**MEMORANDUM OF POINTS AND AUTHORITIES**

No one disputes that Mockett and Miles & Stockbridge are embroiled in a fee dispute and that a substantial amount of Miles & Stockbridge's fees extending back to 2008 have gone unpaid. Further, no one disputes that the non-payment of fees constitutes universally-recognized grounds to permit counsel to withdraw.

Instead of disputing those two points, both Plaintiffs and Mockett attempt to impose extraneous "conditions" upon Miles & Stockbridge's withdrawal. Neither of these conditions is relevant, nor should either of them be a basis for the motion to be denied:

1. <u>Pending summary judgment motion</u>. Miles & Stockbridge agreed long ago to brief and argue the summary judgment motion (for which Miles & Stockbridge has mostly not been paid). The motion is fully briefed and the Court took the motion under submission without oral argument. There is nothing left for Miles & Stockbridge to do. Should the Court order supplemental briefing, or request oral argument, Miles & Stockbridge has agreed to perform those services. But Miles & Stockbridge did not agree to an open-ended involvement, including a potential motion for reconsideration, a motion for a new trial and/or an appeal regarding the summary judgment motion, as Mockett appears to want. (Mockett Conditional Opposition at 2:13-16; 5:9-12.)

2. <u>Trial date</u>. Both Plaintiffs' and Mockett's conditional oppositions seek to have this Court set a trial date to suit their own purposes. But the trial date has no bearing on *this* motion. *If* the Court sets a trial date -- which may never come to pass, depending upon the Court's ruling on the summary judgment motion, which remains under submission -- the Court should set the trial date the same way it does in every other case, *i.e.*, dependent upon the Court's calendar and the calendars of trial counsel. But Miles & Stockbridge's ability to withdraw from representing Mockett should not be conditioned upon a trial date, which has not been set, particularly when Mockett is already represented by another law firm in this action.

1. Miles & Stockbridge also takes issue with Mockett's purported characterization of the fee dispute. Because of the attorney-client privilege, Miles & Stockbridge is prohibited from addressing the merits of the fee dispute, unless the Court were to order an *in camera* hearing as Miles & Stockbridge requested in its motion if necessary.[1] As the holder of the privilege, Mockett is free to waive the privilege had it wanted to, but it decided not to do so. Nonetheless, while Mockett opines that its "position in the billing disputes is entirely meritorious," (Oppos. at 3:23-24) it provides no evidence to support that claim. Nor does Mockett claim (because it cannot) that it has paid the undisputed portions of Miles & Stockbridge's attorneys fees while the dispute drags on.

Also irrelevant is the corporate status of two of the Mockett defendants. (Mockett Conditional Opposition at 5:3-5.) All of the Mockett parties are already represented by Lewis, Brisbois, Bisgaard & Smith, a 750-attorney law firm. Therefore, there is no issue about unrepresented corporate entities.

Accordingly, the Court should grant the motion to withdraw and relieve Miles & Stockbridge, and all attorneys in the firm, as counsel of record for Mockett.

DATED: December 14, 2009                MILES & STOCKBRIDGE P.C.


By:_____/s/ Kurt C. Rommel_____
KURT C. ROMMEL
Attorneys for Defendants DOUG
MOCKETT, DOUG MOCKETT &
COMPANY, INC., AND INLAND
PLASTICS, INC.

---

[1] Because this is a federal question case, federal law governs the privilege issue. Thus, the California Supreme Court's recent decision in *Costco v. Superior Court* (Nov. 30, 2009) __ Cal.4th __, has no bearing on this issue.

## CERTIFICATE OF SERVICE [F.R.C.P. 5]

I am employed in the county of Fairfax, Commonwealth of Virginia.  I am over the age of 18 and not a party to the within action; my business address is 1751 Pinnacle Drive, Suite 500, McLean, Virginia 22102.

On December 14, 2009, I served the foregoing document described below as and in the manner set forth below:

**(1)** **MILES & STOCKBRIDGE P.C.'S REPLY IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD**

X   **BY ELECTRONIC SERVICE:** I caused the listed documents to be electronically filed through the CM/ECF system at the United States District Court for the Central District of California which generated a Notice of Electronic Filing to all parties and constitutes service of the electronically filed documents on all parties for purposes of the Federal Rules of Civil Procedure.

I declare that I am admitted to practice to the bar of this Court *pro hac vice*, and that the foregoing is true and correct under penalty of perjury.  Executed on December 14, 2009, at McLean, Virginia.

                                        /s/ Kurt C. Rommel
                                          Kurt C. Rommel

**PROOF OF SERVICE**

     I declare that I am over the age of eighteen (18) and not a party to this action.  My business address is 1751 Pinnacle Drive, Suite 500, McLean, VA 22102.

     On December 14, 2009, I served the foregoing document(s) described as: **MILES & STOCKBRIDGE P.C.'S REPLY IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD** on all interested parties in this action by placing a true copy of each document, enclosed in a sealed envelope addressed as follows:

Mr. Douglas A. J. Mockett
P.O. Box 25194
Christiansted, St. Croix, USVI 00824

**(X)**    **BY MAIL:** as follows:  I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing with the United States Postal Service.  I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business.  I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date in the United States mail at McLean, Virginia.

**( )**    **BY PERSONAL SERVICE:**  I delivered such envelope by hand to the above addressee(s).

**( )**    **BY OVERNIGHT COURIER:**  I caused the above-referenced document(s) to be delivered to an overnight courier service, for delivery to the above addressee(s).

**( )**    **BY FACSIMILE TRANSMISSION:**  I caused the above-referenced document(s) to be transmitted to the above-named person(s) at the telecopy number(s) following the names on the service list.

     Executed on December 14, 2009, at McLean, Virginia.

**( ) (State)**    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

**(X) (Federal)**    I declare that I am admitted to the bar of this court *pro hac vice*.

                                /s/ Kurt C. Rommel
                                 Kurt C. Rommel

## PROOF OF SERVICE

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 1751 Pinnacle Drive, Suite 500, McLean, VA 22102.

On December 14, 2009, I served the foregoing document(s) described as: **MILES & STOCKBRIDGE P.C.'S REPLY IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD** on all interested parties in this action by placing a true copy of each document, enclosed in a sealed envelope addressed as follows:

\*\*\* [ SEE ATTACHED LIST]\*\*\*

( ) **BY MAIL:** as follows: I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date in the United States mail at Los Angeles, California.

( ) **BY PERSONAL SERVICE:** I delivered such envelope by hand to the above addressee(s).

**(X)** **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be delivered to an overnight courier service, for delivery to the above addressee(s).

( ) **BY FACSIMILE TRANSMISSION:** I caused the above-referenced document(s) to be transmitted to the above-named person(s) at the telecopy number(s) following the names on the service list.

Executed on December 14, 2009, at McLean, Virginia.

**( ) (State)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

**(X)** (**Federal**) I declare that I am admitted to the bar of this court *pro hac vice*.

                                              /s/ Kurt C. Rommel
                                                Kurt C. Rommel

**SERVICE LIST**

*Roger Plumley v. Doug Mockett et al.*
Case No.:  CV 04-2868 GHK (Ex)

HILL, FARRER & BURRILL LLP
Attn: Neil D. Martin, Esq.
One California Plaza, 37th Floor
300 South Grand Avenue
Los Angeles, CA  90071-3147

Jones, Bell, Abbott, Fleming & Fitzgerald, L.L.P.
Attn: Frederick A. Rafeedie, Esq.
601 South Figueroa Street, Twenty –Seventh Floor
Los Angeles, California 90017-5759

Mr. Gerald G. Knapton Esquire
Ropers, Majeski, Kohn & Bentley
515 S. Flower St.
Ste. 1100
Los Angeles, CA 90071

Doug Mockett & Company, Inc.
Attn: Douglas A. J. Mockett
1915 Abalone Avenue
Torrance, CA  90501

Mr. Sanford Astor, Esq.
Lewis, Brisbois, Bisgaard & Smith
221 N. Figueroa Street, #1200
Los Angeles, CA 90012

Inland Plastics, Inc.
Attn: Bill Olsen
1472 Cloyden Road
Tustin, CA 92705