**HILL, FARRER & BURRILL LLP**
Neil D. Martin (Bar No. 094121)
nmartin@hillfarrer.com
G. Cresswell Templeton III (Bar No. 138398)
ctempleton@hillfarrer.com
One California Plaza, 37th Floor
300 South Grand Avenue
Los Angeles, CA 90071-3147
Telephone: (213) 620-0460
Telefax: (213) 624-4840

Attorneys for Plaintiff,
ROGER PLUMLEY

**E-FILED: 9/29/10**

JS-6

**NEMECEK & COLE**
Jonathan B. Cole (Bar No. 70460)
jcole@nemecek-cole.com
Jon D. Robinson (Bar No. 127288)
jrobinson@nemecek-cole.com
15260 Ventura Boulevard, Ste 920
Telephone: (818) 788-9500
Telefax: (818) 501-0328

Attorneys for Defendants
DOUG MOCKETT, DOUG MOCKETT & COMPANY, INC., and
INLAND PLASTICS, INC.

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ROGER PLUMLEY,

Plaintiff,

vs.

DOUG MOCKETT, an individual; DOUG MOCKETT & COMPANY, INC., a California corporation; INLAND PLASTICS, INC., a California corporation; and DOES 1 through 10, inclusive,

Defendants.

**CASE NO. CV 04-2868 GHK (Ex)**

**CONSENT ORDER OF DISMISSAL**

Based upon the consent of the parties, it is hereby ORDERED, ADJUDGED and DECREED that the claims in this matter are hereby dismissed in their entirety with prejudice. This Court shall retain jurisdiction for the purpose or to the extent necessary to enforce the Settlement Agreement entered into between the parties. The parties shall bear their own fees and costs.

Executed this 29 day of Sept , 2010.

Honorable George H. King
United States District Court Judge

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147

HFB 984673.1 P6923008